AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  MJ 22-875 KK |
| Manuel MEDINA | ) | |
| A.K.A Hector Gabriel RASCON | ) | |
| A.K.A Gabriel RASCON | ) | |
| A.K.A. Hector G. RASCON | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 25, 2022 _____ in the county of ____ Santa Fe County ____ in the

_____ District of ____ New Mexico ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A) | Possession with intent to distribute fentanyl |
| | Possession with intent to distribute cocaine |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | |

This criminal complaint is based on these facts:

Please see the attached affdavit of DEA Special Agent Kyle Coffey, which is incorporated by reference and has been reviewed and approved by AUSA Shana B. Long.

☑ Continued on the attached sheet.

_SA Kyle Coffey_
*Complainant's signature*

Kyle Coffey, DEA Special Agent
*Printed name and title*

Telephonically sworn and electronically signed.

Date: _____ 05/25/2022 _____

_Kirtan Khalsa_
*Judge's signature*

City and state: _____ Albuquerque, New Mexico _____

Kirtan Khalsa, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA) with the U.S. Drug Enforcement Administration (DEA), and have been since May 2020.  I am assigned to the DEA's Albuquerque District Office. As a SA for the DEA, I am an investigative law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.  As a SA with DEA, I retain the powers of enforcement as set forth in 21 U.S.C. § 878.  Prior to my employment with the DEA, I was employed as a police officer with the Virginia Beach Police Department for approximately 4 years. Over the course of my career, I have accumulated the following training and experience:

      a.    I graduated from the DEA Academy in Quantico, Virginia, where I received approximately 14 weeks of specialized drug-related training.  The training included controlled substance identification, drug-related investigative techniques, interview and interrogation training, preparation of search warrants, tactical applications of drug enforcement, and surveillance and electronic monitoring techniques.

      b.    As a Police Officer and a DEA Special Agent, I have participated in investigations of individuals and organizations trafficking heroin, cocaine, cocaine base ("crack"), marijuana, methamphetamine, fentanyl, and other controlled substances as defined in 21 U.S.C. § 801.  My experience as a Special Agent includes, but is not limited to, conducting surveillance, interviewing witnesses, participating in arrests, searches, and seizures, drafting affidavits for search warrants and criminal complaints, and working with informants.  I have participated in the investigation

of several drug trafficking conspiracies. As a result, I am familiar with matters including, but not limited to, the means and methods used by persons and drug trafficking organizations (DTO) to purchase, transport, store, and distribute illegal drugs and to hide profits generated from those transactions.

2. This case is being investigated by the DEA. I have personally participated in the investigation described below. I make this affidavit based on my participation in the investigation, reports, and information made available to me by other agents and Task Force Officers ("TFOs"), as well as other law enforcement authorities. This affidavit is intended only to show that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge or the surrounding facts pertaining to this matter.

**PROBABLE CAUSE**

3. This affidavit is made in support of the issuance of a criminal complaint charging Manuel MEDINA (MEDINA), who is also known as (A.K.A) Hector Gabriel RASCON, A.K.A Gabriel RASCON, A.K.A. Hector G. RASCON, with the following violations:

   a. 21 U.S.C. §§ 841(a): Possession with Intent to Distribute Fentanyl ((N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); and

   b. 21 U.S.C. §§ 841(c): Possession with Intent to Distribute Cocaine.

**Search Warrant at 19 Sunset Canyon Lane**

4. On May 25, 2022, DEA agents, along with detectives from the Santa Fe Sheriff's Office (SFSO), executed a State of New Mexico search warrant at 19 Sunset Canyon Lane, Santa Fe, New Mexico 87507, which is located in Santa Fe County in the District of New Mexico. SFSO had identified this residence as belonging to MEDINA based on prior surveillance and recent a confidential source (CS) purchase of drugs from MEDINA from the residence.

Moreover, as noted below, during the search, law enforcement located various documents, along with a New Mexico Driver's License, in the name of one of MEDINA's alias ("Hector Gabriel Rascon"). A search of the residence revealed the following in MEDINA's master bedroom:

    a. A New Mexico Driver's License and documents belonging to MEDINA;

    b. Narcotics/drug ledgers;

    c. An electronic/digital scale with narcotics residue;

    d. Plastic bags, consistent with plastic bags frequently used for narcotics packaging;

    e. Approximately 4,298.8 gross grams of fentanyl, which field tested presumptive positive for fentanyl;

    f. Approximately 261.8 gross grams of cocaine, which field tested presumptive positive for cocaine; and

    g. One black colored HK VP 40 (.40 caliber) handgun, serial #222-034813, found with a loaded magazine of .40 caliber ammunition, found in a locked safe near found cocaine and fentanyl;

5. Based on my training and experience, the amount of fentanyl and cocaine located in the residence are consistent with drug trafficking and not personal use.

6. I declare under the penalty of perjury that the facts contained herein are true and correct to the best of my knowledge.

7. AUSA Shana B. Long reviewed and approved this affidavit.

SA *Kyle Coffey*

Kyle Coffey
Special Agent
Drug Enforcement Administration

Telephonically sworn and electronically signed
This 25th day of May, 2022.

HONORABLE KIRTAN KHALSA
United States Magistrate Judge